October 30, 1973.

M. P. No. 73-173.   JOHN LATINA *v.* VERA BURDICK.   Motion of petitioner to assign for argument is denied. *Aram K. Berberian,* for petitioner. *Richard Jessup,* for respondent.

M. P. No. 73-234.   IN RE PETITION OF VITO N. RUSSO.   Petition to allow petitioner to attend a local accredited law school or to authorize the warden of the Adult Correctional Institutions to permit petitioner to take a correspondence course for the purpose of qualifying him for the Rhode Island bar examinations is denied without prejudice. *Vito N. Russo,* petitioner, pro se.

M. P. No. 73-262.   CHARLES G. LESIEUR *v.* GUILLAUME L. PARENT, *et al.*   Petition for writ of certiorari is denied. *Fred Israel,* for petitioner. *George A. Beaudet,* for Edgar C. Turcotte.

M. P. No. 73-272.   IN RE JOHN LOMBARDI.   Attorney General directed to file answer to the petition for habeas corpus and therein to *show cause,* if any, why the writ should not issue as prayed, answer to comply with the provisions of Rule 14.   *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.

November 12, 1973.

M. P. Nos. 1784 and 1786.   RHODE ISLAND CONSUMERS' COUNCIL *v.* ARCHIE SMITH *et al.* NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY *v.* PUBLIC UTILITIES COMMISSION. Commission is requested, as an amicus curiae, to brief and argue orally in defense of assignments of errors pressed either by the New England Telephone and Telegraph Company or by the Rhode Island Consumers' Council. Roberts, C. J., not participating. *Dennis J. Roberts, II,* for Rhode Island Consumers' Council; *Andrew A. DiPrete,* for New England Telephone and Telegraph Company, plaintiffs. *Archie Smith,* for defendants.